IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 JAN 11 PM 1:17
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| EPIC TECH, LLC AND WINTER SKY, LLC, | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CAUSE NO. 1:20-CV-577-LY |
| ARNO RESOURCES, LLC, | § § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing Plaintiffs' cause of action against Defendant without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __11th__ day of January, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE